FILED: March 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-7044 (L)
(1:25-cv-01764-PTG-WEF)

———————————

OSCAR ENRIQUE LOPEZ GARCIA

       Petitioner - Appellee

v.

ROBERT GUADIAN, in his official capacity as Director of the Washington Field
Office of U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of the U.S. Department of Homeland Security;
PAMELA JO BONDI, in her official capacity as Attorney General of the United
States

       Respondents - Appellants

 and

PAUL PERRY, in his official capacity as Warden of Caroline Detention Facility

       Respondent

———————————

No. 25-7050
(1:25-cv-01793-PTG-WBP)

———————————

JUAN JOSE RIVERA

        Petitioner - Appellee

v.

ROBERT GUADIAN, in his official capacity as Field Office Director of the Washington Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; PAMELA JO BONDI, in her official capacity as Attorney General of the United States

        Respondents - Appellants

 and

JEFFREY CRAWFORD, in his official capacity as Warden of Farmville Detention Facility

        Respondent

_____

O R D E R

_____

Upon consideration of the submissions relative to appellants' motion to expedite scheduling of oral argument, the court grants the motion and directs the Clerk to schedule the case on the May 2026 calendar.

        For the Court

        /s/ Nwamaka Anowi, Clerk